# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-00842-RM

DAVID LEE SMITH, and
MARY JULIA HOOK,

    Debtors-Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

# ORDER

---

This matter is before the Court on Debtors-Plaintiffs' Verified Motion to Disqualify United States District Judge Raymond P. Moore; Request to Refer Motion to Disqualify Judge Moore to Chief Judge Philip A. Brimmer for Disposition (the "Motion") (ECF No. 7). Plaintiffs' Motion requests two forms of relief: (1) for Judge Brimmer to hear the Motion; and (2) my disqualification from presiding over this case. Upon consideration of the Motion, and finding no response is required before ruling, the Motion is DENIED.

Plaintiffs' Motion is based on 28 U.S.C. § 455(a) but provides no authority which requires that disqualification must be heard by Judge Brimmer. On the contrary, that section provides that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify *himself* in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455(a) (emphasis added). Accordingly, Plaintiffs' first request is denied.

As for Plaintiffs' second request, that too is denied.  Here, Plaintiffs' asserted basis for disqualification is the conclusory assertion that I "arbitrarily granted the United States' motion for summary judgment" in Civil Action No. 14-cv-955-RM-SKC, which also involves Plaintiffs and the United States.  (ECF No. 7, p. 4.)  But, "speculation, beliefs, conclusions, and other non-factual matters" and "prior rulings that were adverse to the moving party in this proceeding, or in another proceeding, solely because they were adverse" do not merit disqualification.  *Estate of Bishop v. Equinox Int'l Corp.*, 256 F.3d 1050, 1058 (10th Cir. 2001).  *See also Gibbs v. Astrue*, 449 F. App'x 744, 746 (10th Cir. 2011) (unpublished); *Fitzgerald v. Zenon*, 136 F. App'x 209, 211 (10th Cir. 2005) (unpublished).  It is therefore

ORDERED that Debtors-Plaintiffs' Verified Motion to Disqualify United States District Judge Raymond P. Moore; Request to Refer Motion to Disqualify Judge Moore to Chief Judge Philip A. Brimmer for Disposition (ECF No. 7) is DENIED.

DATED this 1st day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge