# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 19-cv-00842-RM

DAVID LEE SMITH, and
MARY JULIA HOOK,

    Debtors-Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER

---

This matter is before the Court on Plaintiffs' "Emergency Motion to the United States District Court for the District of Colorado to Withdraw the Reference of this Adversary Proceeding to United States Bankruptcy Judge Thomas B. McNamara" (the "Emergency Motion") (ECF No. 1). Defendant United States has filed a response of non-opposition to the requested withdrawal of reference. (ECF No. 9.) Upon consideration of the Emergency Motion and response, and after taking judicial notice of Adversary Proceeding No. 18-01248-TBM (Bankr. D. Colo.), and being otherwise fully advised, the Court will withdraw the reference, but not on the bases asserted by Plaintiffs in their Emergency Motion.

Pursuant to 28 U.S.C. § 157(d), "[t]he district court may withdraw, in whole or in part, any case or proceeding referred under this section, on its own motion or on timely motion of any party, for cause shown." Here, Plaintiffs assert good cause exists for the withdrawal based on conclusory allegations that United States Bankruptcy Judge McNamara's order created an

appearance of "extreme judicial hostility and bias" against Plaintiffs.  The Court has reviewed the order of which Plaintiffs complain and finds otherwise.  Nonetheless, the Court's review has found sufficient bases for withdrawal of the reference.

Specifically, Plaintiffs' complaint in the Adversary Proceeding is nothing more than their answer filed in 14-cv-0955-RM-SKC, an action which is pending before this Court.  (Adv. Proc., ECF Nos. 1, 3.)  Thus, the Court is well versed with the facts, allegations, and issues in the Adversary Proceeding before the Bankruptcy Court.  Accordingly, the Court finds good cause for the withdrawal of the reference so the Adversary Proceeding may be heard before this Court. *See* Fed. R. Civ. P. 1 ("These rules … should be construed, administered, and employed by the court … to secure the just, speedy, and inexpensive determination of every action and proceeding.").  It is therefore ORDERED

(1) That Plaintiffs' Emergency Motion (ECF No. 1) is GRANTED for the reasons stated herein;

(2) That the reference of Adversary Proceeding No. 18-01248-TBM is hereby WITHDRAWN; and

(3) That the Clerk shall notify the Clerk of the Bankruptcy Court of this Order.

DATED this 3rd day of April, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge